UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN NATIONAL RED CROSS,<br><br>　　　　　Defendant. | No. 2:23-cv-1333 MCE-CSK<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT SUPPLEMENTAL INFORMATION<br><br>(ECF No. 17) |

Defendant American National Red Cross has filed a motion pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) for not obeying a discovery order.[1] (ECF No. 17.) As part of its motion, Defendant seeks reasonable expenses, including attorney's fees. (Decl. of Catherine M. Adams, ¶ 5, ECF No. 17.) In order for the Court to evaluate Defendant's request, Defendant must submit supplemental information regarding its requested expenses, including the following information to assess the reasonableness of defense counsel's hourly rate:  defense counsel's education, years of legal experience, description of legal experience, and other information to assess skill, experience, and reputation; and the prevailing market rate in the Sacramento, California region for attorneys of comparable skill, experience, and reputation. *See Gonzalez v. City of*

---

[1]  This matter proceeds before the undersigned for the issuance of findings and recommendations. 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(1).

1

*Maywood*, 729 F.3d 1196, 1202 (9th Cir. 2013); *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008).

## **ORDER**

For the reasons stated above, it is hereby ORDERED that within seven (7) days of this order:

1. Defendant file a Supplemental Brief Re: Defendant's Motion in ECF No. 17 limited to two (2) pages with information regarding the prevailing market rate in the Sacramento, California region for attorneys of comparable skill, experience, and reputation; and

2. Defendant file a declaration from defense counsel regarding counsel's requested expenses, including defense counsel's education, years of legal experience, description of legal experience, and other information to assess skill, experience, and reputation. This declaration should be filed as an attachment to Defendant's Supplemental Brief Re: Defendant's Motion in ECF No. 17.

Dated:  June 6, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE