1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD RICE,                          No.  2:23-cv-1333-MCE-CSK

12              Plaintiff,                    ORDER

13        v.                                  (ECF Nos. 17, 29.)

14   AMERICAN NATIONAL RED CROSS,

15              Defendant.

16

17         On June 14, 2024, the magistrate judge filed findings and recommendations (ECF No. 29),

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen (14) days. No objections were filed.

20   Accordingly, the court presumes that any findings of fact are correct. *See Orand v. United States*,

21   602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de

22   novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

23         The Court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly,

25   IT IS HEREBY ORDERED that:

26      1.  The findings and recommendations (ECF No. 29) are ADOPTED in full;

27      2.  Plaintiff's underlined counsel is ORDERED to pay Defendant $1,000 as reasonable expenses for

28          attorney's fees incurred in bringing the motion for terminating sanctions;

1

3.  Defendant's motion for terminating sanctions (ECF No. 17) is GRANTED; and

4.  The complaint is DISMISSED in its entirety without prejudice, and the case closed.

IT IS SO ORDERED.

Dated:  September 16, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE